614

446 A.2d 693

Commonwealth v. Radogna, Appellant.

Submitted March 3, 1982. Thomas S. McCready, for appellant; Richard W. Webb, District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.

446 A.2d 693

Commonwealth v. Shivers, Appellant.

Submitted April 20, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Judgment of sentence affirmed.